## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Valerie A. Bossler pka Valerie Ann Cassel pka Valerie Ann Donovan<br>Larry D. Bossler<br>Debtor(s) | BK NO. 20-03381 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

                                Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
03 Dec 2020, 16:25:07, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322