In re:  
Larry D Bossler  
Valerie A Bossler  
    Debtor(s)

Case No. 20-03381-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 08, 2021      Form ID: ntcnfhrg      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry D Bossler, Valerie A Bossler, 35 Sawmill Road, Halifax, PA 17032-9536 |
| 5375826 | + | Bureau of account management, 3607 rose not ave suite 502, Camp hill, PA 17011-6943 |
| 5375827 | + | Cac, 2300 Gettysburg rd suite 102, Camp hill, PA 17011-7303 |
| 5375828 | + | Capital Arthritis and Rheumatology, 4250 Crums Mill Road Suite 102, Harrisburg, PA 17112-2889 |
| 5375831 | + | Capital One/Bass Pro Shops, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5375832 | + | Cbcs, Po box 2724, Columbus, OH 43216-2724 |
| 5375833 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5375834 | + | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5375835 | + | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5375836 | #+ | Computer credit, 470 west Hanes mill rd, Winston-Salem, NC 27105-9102 |
| 5375839 | + | EnerBankUSA, Attn: Bankruptcy, 1245 Brickyard Rd Ste 600, Salt Lake City, UT 84106-2562 |
| 5375840 | + | Family Practice Center, 36 S. River Road, Halifax, PA 17032-8614 |
| 5375841 | + | Harrisburg gastroenterology, 4760 union deposit rd, Harrisburg, PA 17111-3744 |
| 5375842 | + | Ion Bank/thd Loan/grns, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 5375843 | + | Kci, Po box 14765, Lenexa, KS 66285-4765 |
| 5375844 | + | Kci, Po box 14765, Shawnee mission, KS 66285-4765 |
| 5379141 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5380720 | | PHH Mortgage Corporation, PHH Mortgage / Attn: Bankruptcy Departme, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 5375848 | + | PHH Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 5375849 | + | Pinnacle Health Services, PO box 120153, Grand rapids, MI 49528-0103 |
| 5375850 | + | Pinnacle Medical, PO box 829901, Philadelphia, PA 19182-0001 |
| 5375851 | + | Pinnacle Services, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5375852 | + | Pulmonary and critical care, 50 n 12th st, Lemoyne, PA 17043-1440 |
| 5375853 | + | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 5380941 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5375856 | + | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 5378994 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5375858 | + | UPMC, PO Box 829901, Philadelphia, PA 19182-0001 |
| 5375857 | + | Umpa, 300 West Cherry, Palmyra, PA 17078-2101 |
| 5375859 | | Wellspan Health, PO Box 15119, York, PA 17405-7119 |
| 5375860 | + | Wellspan Medical, PO Box 15119, York, PA 17405-7119 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2021 19:12:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5375829 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 08 2021 19:12:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5379157 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 08 2021 19:11:35 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 5375830 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 08 2021 19:12:13 | Capital One Bank Usa N, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 28272-1083 |
| 5375837 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 08 2021 19:10:00 | Credit collection services, 725 canton st, Norwood, MA 02062-2679 |
| 5378186 | | Email/Text: mrdiscen@discover.com | Jan 08 2021 19:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5375838 | + | Email/Text: mrdiscen@discover.com | Jan 08 2021 19:09:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5375845 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 08 2021 19:09:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5383746 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2021 19:11:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5375846 | | Email/Text: camanagement@mtb.com | Jan 08 2021 19:10:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 1288, Buffalo, NY 14240 |
| 5375847 | + | Email/Text: Bankruptcies@nragroup.com | Jan 08 2021 19:10:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5383946 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2021 19:11:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5375854 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 08 2021 19:10:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 5376136 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 08 2021 19:12:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5375855 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 08 2021 19:12:42 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed below:

**Name**                              **Email Address**

Charles J DeHart, III (Trustee)

| | |
|---|---|
| | TWecf@pamd13trustee.com |
| Mario J. Hanyon | |
| | on behalf of Creditor PHH MORTGAGE CORPORATION mario.hanyon@brockandscott.com wbecf@brockandscott.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| Stephen Wade Parker | |
| | on behalf of Debtor 2 Valerie A Bossler Mooneybkecf@gmail.com R61895@notify.bestcase.com |
| Stephen Wade Parker | |
| | on behalf of Debtor 1 Larry D Bossler Mooneybkecf@gmail.com R61895@notify.bestcase.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Larry D Bossler, | Chapter 13 |
| **Debtor 1** | Case No. 1:20−bk−03381−HWV |
| Valerie A Bossler, <br> pka Valerie Ann Cassel, pka Valerie Ann Donovan, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 3, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: February 10, 2021 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 8, 2021 |

ntcnfhrg (03/18)