# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: LARRY D. BOSSLER | CHAPTER 13 |
|---|---|
| VALERIE A. BOSSLER | CASE NO. 1:20-bk-03381 |
| DEBTORS | |

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

Kindly enter my appearance on behalf of Debtors Larry D. Bossler and Valerie A. Bossler for the above referenced case.

**By: /s/ Nicholas G. Platt**
Nicholas G. Platt 327239
MOONEY LAW
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax

Dated: February 8, 2021