United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-03381-HWV |
| Larry D Bossler | Chapter 13 |
| Valerie A Bossler | |
|    Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Mar 09, 2021     Form ID: pdf010     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Marley R Gross II, Bankruptcy Clerk, Wellspan Health, 601 Memory Lane Ste 2-2200, York, PA 17402-2231 |
| 5375859 | Wellspan Health, PO Box 15119, York, PA 17405-7119 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Nicholas G. Platt | on behalf of Debtor 2 Valerie A Bossler ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Larry D Bossler ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS LLC bkgroup@kmllawgroup.com |

| | |
|---|---|
| Stephen Wade Parker | on behalf of Debtor 2 Valerie A Bossler Mooneybkecf@gmail.com R61895@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 1 Larry D Bossler Mooneybkecf@gmail.com R61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LARRY D. BOSSLER      CHAPTER 13
       VALERIE A. BOSSLER     CASE NO. 1:20-bk-03381-HWV
             DEBTORS

    LARRY D. BOSSLER
    VALERIE A. BOSSLER
            OBJECTORS

vs.

    WELLSPAN HEALTH
            CLAIMANT

## ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM #2 FILED BY WELLSPAN HEALTH

Upon consideration of the Objection to Proof of Claim #2 Filed by Wellspan Health filed herein by the Debtors, the Court hereby orders Claim #2 filed by Wellspan Health is disallowed in its entirety.

Dated: March 9, 2021          By the Court,

                                   *Henry W. Van Eck*
                                   Henry W. Van Eck, Chief Bankruptcy Judge (CD)