IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Valerie A. Bossler pka Valerie Ann Cassel pka Valerie Ann Donovan<br>Larry D. Bossler<br>     Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>     Movant<br>    vs.<br><br>Valerie A. Bossler pka Valerie Ann Cassel pka Valerie Ann Donovan<br>Larry D. Bossler<br>     Debtor(s)<br><br>Jack N. Zaharopoulos,<br>     Trustee | BK NO. 20-03381 HWV<br><br>Chapter 13 |

CERTIFICATE OF SERVICE

NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 14, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Valerie A. Bossler pka Valerie Ann Cassel pka
Valerie Ann Donovan
35 Saw Mill Road
Halifax, PA 17032

Larry D. Bossler
35 Saw Mill Road
Halifax, PA 17032

Attorney for Debtor(s)
Stephen Wade Parker, Mooney and Associates
230 York Street
Hanover, PA 17331

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: September 14, 2021

                    **/s/Rebecca A. Solarz Esquire**
                    Rebecca A. Solarz Esquire
                    Attorney I.D. 315936
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    215-825-6327
                    rsolarz@kmllawgroup.com