Certificate Number: 16339-PAM-DE-036010429

Bankruptcy Case Number: 20-03381


16339-PAM-DE-036010429

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 22, 2021, at 1:03 o'clock PM EDT, Valerie Bossler completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 22, 2021    By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor