IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Larry D. Bossler ) | Chapter 13 |
| Valerie A. Bossler ) | Case No. 1:20-bk-03381 |
| Debtors ) | |
| ) | |
| Rocket Mortgage, LLC f/k/a Quicken ) | |
| Loans, LLC f/k/a Quicken Loans Inc. ) | |
| Movant ) | |
| ) | |
| Larry D. Bossler ) | |
| Valerie A. Bossler ) | |
| Respondents ) | |
| Jack N. Zaharopoulos, Trustee ) | |

### DEBTORS' RESPONSE TO MOTION OF ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC F/K/A QUICKEN LOANS INC.'s MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

1. Movant, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. filed its Motion for Relief from Stay on July 6, 2022.

2. Debtors acknowledge that some mortgage payments are past due.

3. Debtors desire the opportunity to cure any post-petition mortgage arrears and keep their home.

4. Debtors request the Court deny Movant's Motion for Relief.

WHERFORE, Debtors, Larry D. Bossler and Valerie A. Bossler, prays the Court enter its Order denying the Motion for Relief from the Automatic Stay that was filed July 6, 2022 by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

Dated: July 12, 2022

Respectfully Submitted,

/s/Nicholas G. Platt
Nicholas G. Platt (327239)
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
717-632-4656 Phone
(717) 632-3612 Fax