| UNITED STATES BANKRUPTCY COURT Middle District of Pennsylvania (Harrisburg) || NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s): Larry D Bossler  Valerie A Bossler | Case Number: 1:2020-bk-03381 | |
| Name of Creditor: PHH Mortgage Corporation | | |
| Name of Current Servicer of account: PHH Mortgage Services | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent: PHH Mortgage Corporation  ATTN Bankruptcy Department  PO Box 24605  West Palm Beach, FL 33416  Telephone Number: 855-689-7367  Prior notice address: 1 Mortgage Way  Mount Laurel, NJ 08054 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent: PHH Mortgage Services  PO Box 24781  ATTN: SV 19  West Palm Beach, FL 33416  Telephone Number: 800-750-2518 | | **X** Check this box if you are changing the address that payments will go to. |
| 1. **Account Number: 0687** | | _ Check this box if the account number has changed. |
| 2. **Court Claim Number: 7** | | |
| 3. **Signature:**  **Check the appropriate box.**      I am the creditor.   X I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)      I am the trustee, or the debtor.      I am a guarantor, surety, endorser, or other codebtor.  By: /s/ John Shelley        Date: 02/18/2023  Authorized Filing Agent for PHH Mortgage Services | | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  CASE NO.: 20-03381

**Larry D Bossler**  CHAPTER: 13

**Valerie A Bossler**

       Debtor(s).

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 20, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*     *By U.S. Postal Service First Class Mail Postage Prepaid:*

Larry D Bossler
35 Sawmill Road
Halifax, PA 17032

*By U.S. Postal Service First Class Mail Postage Prepaid:*

Valerie A Bossler
35 Sawmill Road
Halifax, PA 17032

*Debtor's Attorney:*     *By CM / ECF Filing:*

Stephen Wade Parker
Etzweiler and Withers LLC
105 N. Front Street
Suite 100
Harrisburg, PA 17101

*By CM / ECF Filing:*

| | |
|---|---|
| *Debtor's Attorney:* | Nicholas G. Platt<br>Mooney Law<br>230 York Street<br>Hanover, PA 17331 |
| *Trustee:* | *By CM / ECF Filing:*<br>Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

/s/ John Shelley

InfoEx, LLC
(as authorized agent for PHH Mortgage Services)