United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-03381-HWV
Larry D Bossler  Chapter 13
Valerie A Bossler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Nov 26, 2024     Form ID: 3180W     Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry D Bossler, Valerie A Bossler, 35 Sawmill Road, Halifax, PA 17032-9536 |
| 5375827 | + | Cac, 2300 Gettysburg rd suite 102, Camp hill, PA 17011-7303 |
| 5375828 | + | Capital Arthritis and Rheumatology, 4250 Crums Mill Road Suite 102, Harrisburg, PA 17112-2889 |
| 5375836 | + | Computer credit, 470 west Hanes mill rd, Winston-Salem, NC 27105-9102 |
| 5375840 | + | Family Practice Center, 36 S. River Road, Halifax, PA 17032-8614 |
| 5375841 | + | Harrisburg gastroenterology, 4760 union deposit rd, Harrisburg, PA 17111-3744 |
| 5375842 | + | Ion Bank/thd Loan/grns, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 5375849 | + | Pinnacle Health Services, PO box 120153, Grand rapids, MI 49528-0103 |
| 5375850 | + | Pinnacle Medical, PO box 829901, Philadelphia, PA 19182-1901 |
| 5375851 | + | Pinnacle Services, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5375852 | + | Pulmonary and critical care, 50 n 12th st, Lemoyne, PA 17043-1440 |
| 5375854 | + | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5380941 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5375858 | + | UPMC, PO Box 829901, Philadelphia, PA 19182-1901 |
| 5375857 | + | Umpa, 300 West Cherry, Palmyra, PA 17078-2101 |
| 5375860 | + | Wellspan Medical, PO Box 15119, York, PA 17405-7119 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Nov 26 2024 23:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5375826 | ^ | MEBN | Nov 26 2024 18:32:25 | Bureau of account management, 3607 rose not ave suite 502, Camp hill, PA 17011-6943 |
| 5375829 | + | EDI: CAPITALONE.COM | Nov 26 2024 23:36:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5379157 | | EDI: CAPITALONE.COM | Nov 26 2024 23:36:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5375830 | + | EDI: CAPITALONE.COM | Nov 26 2024 23:36:00 | Capital One Bank Usa N, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5375831 | + | EDI: CAPITALONE.COM | Nov 26 2024 23:36:00 | Capital One/Bass Pro Shops, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5375832 | ^ | MEBN | Nov 26 2024 18:32:13 | Cbcs, Po box 2724, Columbus, OH 43216-2724 |
| 5375833 | + | EDI: CITICORP | Nov 26 2024 23:36:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5375834 | + | EDI: CITICORP | Nov 26 2024 23:36:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5375835 | + | Email/Text: dylan.succa@commercialacceptance.net | Nov 26 2024 18:36:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5375837 | + | EDI: CCS.COM | Nov 26 2024 23:36:00 | Credit collection services, 725 canton st, Norwood, MA 02062-2679 |
| 5378186 | | EDI: DISCOVER | Nov 26 2024 23:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5375838 | + | EDI: DISCOVER | Nov 26 2024 23:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5388316 | + | Email/Text: bankruptcy@greenskycredit.com | Nov 26 2024 18:36:00 | Greensky,LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 5375844 | ^ | MEBN | Nov 26 2024 18:32:10 | Kci, Po box 14765, Shawnee mission, KS 66285-4765 |
| 5375843 | ^ | MEBN | Nov 26 2024 18:32:10 | Kci, Po box 14765, Lenexa, KS 66285-4765 |
| 5384651 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 26 2024 18:36:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5375845 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 26 2024 18:36:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5383746 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2024 18:47:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5375846 | | Email/Text: camanagement@mtb.com | Nov 26 2024 18:36:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 1288, Buffalo, NY 14240 |
| 5388427 | | Email/Text: camanagement@mtb.com | Nov 26 2024 18:36:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5379141 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2024 18:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5375847 | + | Email/Text: Bankruptcies@nragroup.com | Nov 26 2024 18:36:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5380720 | + | EDI: LCIPHHMRGT | Nov 26 2024 23:36:00 | PHH Mortgage Corporation, PHH Mortgage Service / Attn: Bankruptcy, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 5375848 | + | EDI: LCIPHHMRGT | Nov 26 2024 23:36:00 | PHH Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 5383946 | | EDI: PRA.COM | Nov 26 2024 23:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5375853 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Nov 26 2024 18:36:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 5376136 | ^ | MEBN | Nov 26 2024 18:32:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5375855 | + | EDI: SYNC | Nov 26 2024 23:36:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5375856 | + | EDI: USBANKARS.COM | Nov 26 2024 23:36:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 5378994 | | EDI: USBANKARS.COM | Nov 26 2024 23:36:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5375859 | | Email/Text: bankruptcynotification@wellspan.org | Nov 26 2024 18:36:00 | Wellspan Health, PO Box 15119, York, PA |

| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: 3180W | Total Noticed: 48 |

17405-7119

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5375839 | ##+ | EnerBankUSA, Attn: Bankruptcy, 1245 Brickyard Rd Ste 600, Salt Lake City, UT 84106-2562 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brent J Lemon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Nicholas G. Platt | on behalf of Debtor 2 Valerie A Bossler ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Larry D Bossler ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 2 Valerie A Bossler wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 1 Larry D Bossler wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Larry D Bossler <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–4416 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Valerie A Bossler <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–3561 <br> EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20-bk-03381-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Larry D Bossler

Valerie A Bossler
pka Valerie Ann Cassel, pka Valerie Ann Donovan

**By the court:**

11/26/24

*(signature)*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**