**Fill in this information to identify the case:**

Debtor 1    Larry D Bossler

Debtor 2    Valerie A Bossler
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Middle</u> District of <u>PA</u>

Case number   <u>20-03381 HWV</u>

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

| | |
|---|---|
| **Name of Creditor:**  Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. | **Court claim no.** (if known):   9 |

**Last 4 digits** of any number you use to identify the debtor's account:    5710

**Property address:**

35 Saw Mill Road
Halifax, PA 17032

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                                                                     $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:           12 / 01 / 2024

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $ _____ |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ _____ |
| c. | **Total.** Add lines a and b. | (c) | $ _____ |

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Document ID: 4b4cbbb20765e6d1eeff30480228381db81d8a633aea4aeaa04f7977e0jbfac0

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Brent J. Lemon*                                    Date        12/16/2024
_____
Brent Lemon
16 Dec 2024, 13:54:45, EST

       KML Law Group, P.C.
       701 Market Street, Suite 5000
       Philadelphia, PA 16106
       215-627-1322
       bkgroup@kmllawgroup.com
       Attorney for Creditor

Document ID: 4b4cbbb20765e6d1eeff30480228381db81d8a633aea4aeaa04f7977e1jbfac0

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Valerie A Bossler pka Valerie Ann Cassel pka Valerie Ann Donovan Larry D Bossler** | **BK NO. 20-03381 HWV** |
| **Debtor(s)** | **Chapter 13** |
| | **Related to Claim No. 9** |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.** | |
| **Movant** | |
| **vs.** | |
| **Valerie A Bossler pka Valerie Ann Cassel pka Valerie Ann Donovan Larry D Bossler** | |
| **Debtor(s)** | |
| **Jack N Zaharopoulos,** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 17, 2024</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Valerie A Bossler pka Valerie Ann Cassel pka
Valerie Ann Donovan
35 Saw Mill Road
Halifax, PA 17032

Larry D Bossler
35 Saw Mill Road
Halifax, PA 17032

<u>Attorney for Debtor(s) (via ECF)</u>
Stephen Wade Parker
Etzweiler and Withers LLC
105 N. Front Street, Suite 100
Harrisburg, PA 17101

<u>Trustee (via ECF)</u>
Jack N Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: <u>December 17, 2024</u>

**/s/ Brent J. Lemon**
Brent J. Lemon
Attorney I.D. 86478
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(412) 475-8764
blemon@kmllawgroup.com