IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Valerie A. Bossler pka Valerie Ann Cassel pka Valerie Ann Donovan<br>Larry D. Bossler<br>      Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>      Movant<br>vs.<br><br>Valerie A. Bossler pka Valerie Ann Cassel pka Valerie Ann Donovan<br>Larry D. Bossler<br>      Debtor(s)<br><br>Jack N. Zaharopoulos,<br>      Trustee | BK NO. 20-03381 HWV<br><br>Chapter 13<br><br>Related to Claim No. 9 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 30, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Valerie A. Bossler pka Valerie Ann Cassel pka Valerie Ann Donovan
35 Saw Mill Road
Halifax, PA 17032

Larry D. Bossler
35 Saw Mill Road
Halifax, PA 17032

Attorney for Debtor(s)
Stephen Wade Parker, Etzweiler and Withers LLC
105 N. Front Street, SUITE 100
Harrisburg, PA 17101Nicholas G. Platt, Mooney Law
230 York Street
Hanover, PA 17331

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>December 30, 2022</u>

                 **/s/Michael P. Farrington Esq.**
                 Michael P. Farrington Esq.
                 Attorney I.D. 329636
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106
                 (215) 825-6488
                 mfarrington@kmllawgroup.com